## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE WILEY Y. DANIEL

---

| | | | |
|---|---|---|---|
| Date: | April 25, 2012 | Probation: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Tatiana Contreras |
| E.C.R./Reporter: | Therese Lindblom | | |

---

Criminal Case No:  **11-cr-00427-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Lillian L. Alves

      Plaintiff,

v.

**1.  CARLOS PERLA-ALBERTO, a/k/a**          Brian R. Leedy
**Carlos Arestides Perla-Alverto**,

      Defendant.

---

### SENTENCING

---

**9:08 a.m.**      Court in Session - Defendant present (in-custody)

      **Change of Plea Hearing - Thursday, January 12, 2012, at 2:00 p.m.**
      **Plea of Guilty - one-count Indictment**

      APPEARANCES OF COUNSEL.

      Interpreter sworn (Spanish).

      Court's opening remarks regarding Order to Show Cause (ECF Doc. No. 28),
      filed April 23, 2012.

9:09 a.m.      Statement by Mr. Leedy regarding his failure to appear at the sentencing hearing
      scheduled for Monday, April 23, 2012, at 3:00 p.m.

9:13 a.m.      Statement on behalf of Defendant (Mr. Leedy).

9:18 a.m.      Statement and argument on behalf of Government (Ms. Alves).

9:19 a.m.      Statement on behalf of Probation (Ms. Means).

9:21 a.m.      Statement by Defendant on his own behalf (Mr. Perla-Alberto).

               Court makes findings.

**ORDERED:**   Government's Motion for 1-Level Variance in Defendant's Offense Level for
               Acceptance of Appellate Waiver (ECF Doc. #21), filed March 16, 2012, is
               **GRANTED.**

**ORDERED:**   Defendant's Motion for a Variant Sentence (ECF Doc. No. 20), filed March 15,
               2012, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **12** months.

**ORDERED:**   No term of supervised release is imposed.  The defendant is advised that if he
               enters or remains in the United States illegally, possesses a firearm or illegally
               possesses a controlled substance, he may be subject to further federal
               prosecution.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be
               paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of
               incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any
               notice of appeal must be filed within fourteen (14) days.  Defendant advised of
               right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**9:26 a.m.**  Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :18**