UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00427-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CARLOS PERLA-ALBERTO, a/k/a Carlos Arestides Perla-Alverto,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

Upon consideration of the Response to the Order to Show Cause filed by Assistant Federal Public Defender Brian Rowland Leedy on April 24, 2012 [ECF No. 30].  I find that the Order to Show Cause entered April 23, 2012 [ECF No. 28], is hereby **DISCHARGED**.

    Dated:  April 25, 2012.

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Chief United States District Judge